# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| VILLAGE PUB MAULE, INC. A NEVADA CORPORATION; AND GARY E. ELLIS, AN INDIVIDUAL,<br><br>                Appellants,<br>       vs.<br>LSGP HOLDINGS, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND BRANCH BANKING & TRUST COMPANY,<br><br>             Respondents. | No. 70959<br><br>**FILED**<br><br>FEB 0 7 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Pursuant to the settlement conference, the stipulation of the parties and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Kathleen E. Delaney, District Judge
       Stephen E. Haberfeld, Settlement Judge
       Ellis Law, P.C.
       Lewis Roca Rothgerber Christie LLP/Las Vegas
       Sylvester & Polednak, Ltd.
       Barnett Csoka
       Eighth District Court Clerk

17-04399